# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1369** | **September Term, 2025** |
| | DOT-OST-2000-7857 |
| | Filed On: September 5, 2025 [2133589] |

Boutique Air Inc.,

    Petitioner

    v.

United States Department of Transportation
and Sean P. Duffy, in his official capacity as
Secretary of Transportation,

    Respondents

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Pillard, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, September 5, 2025 at 9:35 a.m. The cause was heard as case No. 1 of 3 and argued before the Courtby:

  M. Roy Goldberg, counsel for Petitioner.

  Samuel G. Fuller (DOT), counsel for Respondents.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/
                              Anne A. Rothenberger
                              Deputy Clerk